# UNITED STATES JUDICIAL PANEL
## on
## MULTIDISTRICT LITIGATION

**IN RE: PRADAXA (DABIGATRAN ETEXILATE)
PRODUCTS LIABILITY LITIGATION**                          MDL No. 2385

(SEE ATTACHED SCHEDULE)

## CONDITIONAL TRANSFER ORDER (CTO −23)

On August 8, 2012, the Panel transferred 13 civil action(s) to the United States District Court for the
Southern District of Illinois for coordinated or consolidated pretrial proceedings pursuant to 28
U.S.C. §1407. *See* 883 F.Supp.2d 1355 (J.P.M.L. 2012). Since that time, 81 additional action(s)
have been transferred to the Southern District of Illinois. With the consent of that court, all such
actions have been assigned to the Honorable David R Herndon.

It appears that the action(s) on this conditional transfer order involve questions of fact that are
common to the actions previously transferred to the Southern District of Illinois and assigned to
Judge Herndon.

Pursuant to Rule 7.1 of the Rules of Procedure of the United States Judicial Panel on Multidistrict
Litigation, the action(s) on the attached schedule are transferred under 28 U.S.C. §1407 to the
Southern District of Illinois for the reasons stated in the order of August 8, 2012, and, with the
consent of that court, assigned to the Honorable David R Herndon.

This order does not become effective until it is filed in the Office of the Clerk of the United States
District Court for the Southern District of Illinois. The transmittal of this order to said Clerk shall be
stayed 7 days from the entry thereof. If any party files a notice of opposition with the Clerk of the
Panel within this 7−day period, the stay will be continued until further order of the Panel.

| |
|---|
| Inasmuch as no objection is pending at this time, the stay is lifted. |
| **Feb 28, 2013** |
| CLERK'S OFFICE<br>UNITED STATES<br>JUDICIAL PANEL ON<br>MULTIDISTRICT LITIGATION |

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

SOUTHERN DISTRICT OF ILLINOIS
CERTIFIED TRUE COPY

By _____
                    Deputy Clerk

Date _____ 2/28/13

**IN RE: PRADAXA (DABIGATRAN ETEXILATE)
PRODUCTS LIABILITY LITIGATION**                    MDL No. 2385

### SCHEDULE CTO−23 − TAG−ALONG ACTIONS

| **DIST** | **DIV.** | **C.A.NO.** | **CASE CAPTION** |
|----------|----------|-------------|------------------|

CALIFORNIA NORTHERN

| CAN | 3 | 13−00597 | Lambert v. Boehringer Ingelheim Pharmaceuticals, Inc. et al   13·60004 ·DRH· SCW |
| CAN | 3 | 13−00599 | Schneider v. Boehringer Ingelheim Pharmaceuticals, Inc. et al   13·60005 · DRH· SCW |
| CAN | 3 | 13−00601 | Abrams v. Boehringer Ingelheim Pharmaceuticals, Inc. et al   13·60006·DRH·SCW |